**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00805-CR
No. 05-18-00830-CR

**ROBERT RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-76782-U & F17-18579-U**

## ORDER

The judgments in the above appeals were entered June 15, 2018. Because no motion for new trial was filed in either case, the notices of appeal were due on July 16, 2018. *See* TEX. R. APP. P. 4.1, 26.2. The notice of appeal in appellate cause number 05-18-00805-CR was timely filed on July 9, 2018. In appellate cause number 05-18-00830-CR, the notice of appeal was filed in the trial court on July 19, 2018, and a motion to extend time to file the notice of appeal was filed in this Court on the same day. *See* TEX. R. APP. P. 26.3.

We **GRANT** the motion for extension of time and **ORDER** the notice of appeal in appellate cause number 05-18-00830-CR timely filed as of July 19, 2018.

/s/    CRAIG STODDART
          JUSTICE